**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-7123M |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Samuel Armando Cervantes ) | |
| Defendant. ) | |

A prior Motion to Extend Time to File Indictment, docket # 5, having been filed and having been granted on April 25, 2008 by Magistrate Judge Burns,

**IT IS ORDERED** that Defendant's duplicative Motion to Extend Time to File Indictment, docket # 8, and Motion to Extend Time to File Indictment (Second Request), docket # 9, are **DENIED**. See, *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1156 (9th Cir. 2000) (defendant cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a continuance). It is, and has been, the District Court's policy since 2000 to deny second or subsequent motions to extend time to indict.

The last day to seek a timely indictment in this case is, and remains, June 12, 2008.

DATED this 29th day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge